*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
STEPHENS, COGLEY, and DEERWESTER
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Jeremiah D. ROCCO**
Private First Class (E-2), U.S. Marine Corps
*Appellant*

**No. 202200050**

_____

Decided: 27 June 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
John P. Norman

Sentence adjudged 14 December 2021 by a general court-martial convened at Marine Corps Base Camp Pendleton, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 14 years and 6 months,[1] and a dishonorable discharge.

---

[1] The convening authority deferred and waived automatic forfeitures, which were paid to the spouse of the accused, pursuant to a plea agreement. Also, based on the recommendation of the military judge the convening authority deferred the reduction to E-1 until the Entry of Judgment.

Opinion of the Court

For Appellant:
*Lieutenant Commander Daniel O. Moore, JAGC, USN*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

KYLE D. MEEDER
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.